

**SEALED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. |
| : | |
| v. : | Interstate Transportation of |
| : | Stolen Property (18 U.S.C. § 2314) |
| AUDONUS DUPLESSIS, : | |
| a/k/a/ "Adonis Duplessis" : | Case: 1:18−cr−00202 |
| : | Assigned To : Judge Leon, Richard J. |
| Defendant. : | Assign. Date : 6/27/2018 |
| : | Description: INDICTMENT (B) |
| _____ : | |

### INDICTMENT

The Grand Jury charges that:

<u>COUNT ONE</u>

On or about September 25, 2017, the defendant,

**AUDONUS DUPLESSIS,**

knowing the same to have been stolen, converted, and taken by fraud, did unlawfully transport, transmit, and transfer in interstate commerce between the District of Columbia and another state, that is, Virginia, goods, wares, merchandise, and money, of the value of $5,000 or more, to wit, $11,300 in United States currency, in violation of Title 18, United States Code, Section 2314.

### FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are re-alleged as though set forth fully herein and incorporated by reference for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count One of this Indictment, defendant DUPLESSIS shall forfeit to the United States, pursuant to Title 18, United States Code, Section

981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, a black 2013 Dodge Charger purchased using money transported by defendant DUPLESSIS as part of the offense charged in Count One.

3. If any property that is subject to forfeiture above, as a result of any act or omission of defendant DUPLESSIS, (a) cannot be located upon the exercise of due diligence, (b) has been transferred, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of defendant DUPLESSIS, as subject to forfeiture under Title 21, United States Code, Section 853(p).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
FOREPERSON

DAVID L. JAFFE
Acting Chief
Organized Crime and Gang Section

By: _____
Alexander B. Gottfried
Trial Attorney
Department of Justice
Organized Crime and Gang Section
1301 New York Ave NW, Suite 4020
Telephone: (202) 615-1286
E-Mail: alexander.gottfried@usdoj.gov